ISAAC MELNICK, APPELLANT, v. THE EAGLE GROCERY COMPANY, RESPONDENT.

Submitted January term, 1935—Decided June 20, 1935.

Before Justices LLOYD, CASE and DONGES.

For the appellant, *Sachs & Sachs.*

For the respondent, *Martin J. Cummins.*

PER CURIAM.

In this case no specification of determination in the trial court adequately presents any legal question for reversal. *Booth* v. *Keegan,* 108 *N. J. L.* 538; 159 *Atl. Rep.* 402; *Grossman* v. *Lincoln Trust Co.,* 106 *N. J. L.* 567; 146 *Atl. Rep.* 376; *Abbe* v. *Erie Railroad Co.,* 97 *N. J. L.* 212; 116 *Atl. Rep.* 778.

The judgment is affirmed, with costs.